# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2024-1182
LT Case Nos. 2019-CF-003765-A
2019-CF-003766-A

———————————————

GERARD JAMAR MANN,

  Petitioner,

  v.

STATE OF FLORIDA,

  Respondent.

———————————————

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Gerard Jamar Mann, Lake City, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.

June 21, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the July 24, 2023 judgments and sentences rendered in Case Nos. 2019-CF-003765-A and 2019-CF-003766-A in the Circuit Court in and for Marion County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D). *See also* Fla. R. Crim. P. 3.670.

PETITION GRANTED.

EDWARDS, C.J., and HARRIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____